UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TAHINA CORCORAN, as next friend on behalf of Joseph E. Corcoran, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 3:24-cv-00969-JD-JEM |
| v. | )<br>) |
| CHRISTINA REAGLE, et al., | )<br>) |
| Defendants. | ) |

## MOTION TO SUSPEND BRIEFING SCHEDULE

Plaintiff, Tahina Corcoran, and Defendants, Christina Reagle, Anna Quick, and Ron Neal, by their respective counsel, request that the Court suspend its briefing schedule and state the following in support:

1. Plaintiff Tahina Corcoran filed a motion for a preliminary injunction.

2. After reviewing the case under 28 U.S.C. § 1915A, the Court issued a briefing schedule. The Court ordered the defendants to respond to the motion for a preliminary injunction by 5 pm on December 11, 2024.

3. The parties have agreed to resolve this case without further litigation. But given the nearness of the execution date, the parties request that the Court suspend briefing until December 20, 2024, while the parties retain all claims and defenses. The parties expect to stipulate to dismissal before any briefing were to resume.

WHEREFORE, the parties request that the Court suspend briefing until December 20, 2024.

Respectfully submitted,


<u>/s/ Laurence Komp (with permission)</u>
Laurence Komp
*Counsel for Plaintiff*

OFFICE OF THE ATTORNEY GENERAL

<u>/s/ Jefferson S. Garn</u>
Jefferson S. Garn
*Attorney for Defendants*