UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TAHINA CORCORAN, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:24-CV-969-JD-JEM |
| CHRISTINA REAGLE, et al., | |
| Defendants. | |

## ORDER

The parties, by counsel, filed a joint motion asking to suspend the briefing schedule because they "have agreed to resolve this case without further litigation." ECF 16 at 1. "The parties expect to stipulate to dismissal . . .." *Id.*

For these reasons, the court:

(1) GRANTS the motion to suspend the briefing schedule (ECF 16);

(2) VACATES the preliminary injunction briefing schedule (ECF 13); and

(3) ORDERS the parties to file a joint status report by **December 20, 2024**.

SO ORDERED on December 11, 2024

s/ Jon E. DeGuilio<br>
JUDGE<br>
UNITED STATES DISTRICT COURT