**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| TAHINA CORCORAN, as next friend on behalf of Joseph E. Corcoran, | )<br>)<br>) |
| Plaintiff, | )  Case No.  3:24-cv-00969-JD-JEM |
| v. | ) |
| CHRISTINA REAGLE, et al., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL AND JOINT STATUS REPORT

After the parties moved to suspend the briefing schedule in this case on the plaintiff's motion for a preliminary injunction, the Court suspended the briefing schedule and ordered the parties to file a joint status report by December 20, 2024. (ECF 17). As noted in the motion to suspend the briefing schedule, the parties had agreed to resolve the case without further litigation. Accordingly, they now stipulate to dismissal.

Plaintiff, Tahina Corcoran, and Defendants, Christina Reagle, Anna Quick, and Ron Neal, by their respective counsel, under Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate that all claims and actions in this cause are dismissed, with prejudice.

In accordance with Fed.R.Civ.P. 41(a)(1)(A), the dismissal is effective without court order.

Respectfully submitted,

/s/ Laurence Komp (with permission)
Laurence Komp
*Counsel for Plaintiff*

OFFICE OF THE ATTORNEY GENERAL

<u>/s/ Jefferson S. Garn</u>
Jefferson S. Garn
*Attorney for Defendants*